■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE DERUGGIERO, Appellant. [658 NYS2d 952] —Appeal by

the defendant from a judgment of the County Court, Westchester County (Angiolillo, J.), rendered November 10, 1994, convicting him of manslaughter in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress statements made by him to law enforcement officials.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Flayhart,* 72 NY2d 737, 741). Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit (*see, People v Bing,* 76 NY2d 331; *People v Rivera,* 186 AD2d 692, 693; *People v Ingram,* 208 AD2d 561). Miller, J. P., Copertino, Krausman and Florio, JJ., concur.